UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

SUEELLEN LEDEN,

    Plaintiff,

v.

                              Case No. 21-cv-527-pp

KILOLO KIJAKAZI,

    Defendant.

---

**ORDER APPROVING STIPULATION AND GRANTING JOINT MOTION FOR REMAND (DKT. NO. 20), AND REMANDING CASE FOR FURTHER PROCEEDINGS UNDER SENTENCE FOUR OF 42 U.S.C. §405(g)**

---

On January 28, 2022, the parties filed a joint stipulation and motion for remand for further proceedings pursuant to sentence four of 42 U.S.C. §405(g). Dkt. No. 20. The court **APPROVES** the stipulation, **GRANTS** the motion for remand and **ORDERS** that:

The Commissioner of Social Security's denial of benefits is **REVERSED** and this case is **REMANDED** to the Commissioner. On judicial remand, the Appeals Council will remand the case to an administrative law judge with instructions to: offer the plaintiff a new hearing; proceed through the sequential evaluation process as needed to reach a decision; further develop the record, if necessary; obtain supplemental vocational testimony, if warranted; and issue a new decision.

Dated in Milwaukee, Wisconsin this 31st day of January, 2022.

                                          **BY THE COURT:**

                                          _____
                                          HON. PAMELA PEPPER
                                          **Chief United States District Judge**